**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Amanda Marie Johnson          CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 20-14423 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

      Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
17 Nov 2020, 13:55:37, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322