Certificate Number: 15317-PAE-DE-035217944

Bankruptcy Case Number: 20-14423



15317-PAE-DE-035217944

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2020, at 4:08 o'clock PM PST, Amanda Marie Johnson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 29, 2020

By: /s/Eric Reyes

Name: Eric Reyes

Title: Certified Counselor