United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Amanda Marie Johnson  
    Debtor

Case No. 20-14423-amc  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Amanda Marie Johnson, 6207 Christian Street, Philadelphia, PA 19143-2920 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| GEORGETTE MILLER | on behalf of Debtor Amanda Marie Johnson mlee@margolisedelstein.com jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;mcon1@margolisedelstein.com;LeeMR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 10, 2021 | Form ID: pdf900 | Total Noticed: 1

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Amanda Marie Johnson<br>                              Debtor(s) | CHAPTER 7 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                              Movant<br>         vs. | NO. 20-14423 AMC |
| Amanda Marie Johnson<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq.<br>                              Trustee | |

## ORDER

AND NOW, this        day of                  , 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 2410 West Oakdale Street, Philadelphia, PA 19132 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: February 10, 2021**

_____
United States Bankruptcy Judge.